# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Judith A. Hennig,                                      Civil No. 08-3222 (RHK/FLN)

        Plaintiff,                          **DISQUALIFICATION AND**
                                           **ORDER FOR REASSIGNMENT**

vs.

Wyeth, Wyeth Pharmaceuticals, Inc.,
Pharmacia & Upjohn Company LLC, f/k/a
Pharmacia & Upjohn Company, Pfizer, Inc.,

        Defendants.


The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.


Dated: June 27, 2008

                                   s/Richard H. Kyle
                                   RICHARD H. KYLE
                                   United States District Judge